**FILED: 2/8/11**

JS - 6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

Coutinho & Ferrostaal Incorporated,   )   **NO. CV 09-9244 GHK (JCx)**
            **Plaintiff,**   )
               )   **JUDGMENT**
        **v.**        )
               )
Nexcoil Inc.           )
            **Defendant.**   )
_____ )

     Based on the Parties' Stipulation and Order for Entry of Judgment, **IT IS HEREBY ADJUDGED** that Plaintiff Coutinho & Ferrostaal Incorporated shall have judgment against Defendant Nexcoil Inc. in the amount of $576,088.24.

     **IT IS SO ORDERED**.

     DATED: February 8, 2011

_____
GEORGE H. KING
United States District Judge